UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-60166-CR-COHN

UNITED STATES OF AMERICA,

v.

WENDY BELPEDIO,

    Defendant.
_____/

## ORDER DENYING DEFENDANT'S PETITION TO VACATE CONVICTION AND EXPUNGE RECORD

**THIS CAUSE** is before the Court on Defendant Wendy Belpedio's Petition Pursuant to 28 § U.S.C. 1651 to Vacate Her Conviction and Expunge her Record [DE 248]. The Court has considered the Petition, the Government's Response [DE 268], and is otherwise advised in the premises.

Ms. Belpedio seeks to vacate her conviction for honest services wire fraud. She maintains that the Supreme Court's decision in Skilling v. United States, 130 S. Ct. 2896 (2010), held that honest services fraud is not a violation of federal fraud statutes in cases where no kickback or bribery is involved. Ms. Belpedio contends that the facts of her case did not involve the type of kickback or bribery which constituted "honest services fraud" according to Skilling. The Court finds otherwise.

The object of the scheme to defraud to which Ms. Belpedio pled guilty was to pay kickbacks, and the evidence in the records supports her conviction. See Factual Proffer signed by Wendy Belpedio and her attorney on February 11, 2009. DE 151. Ms. Belpedio and other Dartek employees were to pay kickbacks to purchasing agents of client companies to induce them to order products from Dartek in order to obtain

substantial sums of money.  She was at most a principal and at least an aider and abettor.  Therefore, *coram nobis* relief must be denied.  Accordingly, it is

**ORDERED AND ADJUDGED** that the Defendant Wendy Belpedio's Petition Pursuant to 28 U.S.C. § 1651 to Vacate Her Conviction and Expunge Her Record is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 5th day of September, 2012.

Copies provided to:
Counsel of record via CM/ECF

/s/ James I. Cohn
JAMES I. COHN
United States District Judge